THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WESLEY BUFORD, ADC #658393**                                                                      **PETITIONER**

**v.**                           **Case No. 4:20-cv-00398-KGB**

**DEXTER PAYNE, DIRECTOR OF THE**
**ARKANSAS DIVISION OF CORRECTION**                                     **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Wesley Buford's complaint is dismissed with prejudice. The relief requested is denied.

It is so ordered this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge